## APPEAL OF ALGOMA LUMBER CO.

Docket No. 841.  Submitted July 10, 1925.  Decided September 8, 1925.

*Frank G. Butts, Esq.*, for the taxpayer.
*Benjamin H. Saunders, Esq.*, for the Commissioner.

### Before SMITH and LITTLETON.

This appeal is from a determination of deficiencies in income and profits tax for the years 1917 and 1918 in an amount less than $10,000. In its petition the taxpayer alleges that the Commissioner has erroneously disallowed the deduction from gross income of each of the years 1917 and 1918 of losses sustained as a result of beetle damage

in its timber reserves. No evidence in support of the allegation of error was introduced at the hearing.

### FINDINGS OF FACT.

The taxpayer is a California corporation with its principal office at Los Angeles. In an audit of its income-tax returns for the years 1917 and 1918 the Commissioner disallowed the deduction of $5,982.32 and $8,466.52, respectively, as loss from beetle damage. This loss was predicated upon a claimed value of timber at March 1, 1913, in excess of cost.

### DECISION.

The determination of the Commissioner is approved.

ARUNDELL not participating.